# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**BENJAMIN B.,**

    **Plaintiff,**

v.                 Civil Action 2:22-cv-1897

                 Magistrate Judge Kimberly A. Jolson

**COMMISSIONER OF**
**SOCIAL SECURITY,**

    **Defendant.**

## ORDER

  This matter is before the Court on the parties' Joint Motion to Remand (Doc. 13). The Joint Motion is **GRANTED**, and the Commissioner's decision is remanded for further administrative proceedings.

  Upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision, and the Commissioner will conduct further proceedings and develop the administrative record as necessary to determine whether Plaintiff is under a disability as defined by the Social Security Act.

  IT IS SO ORDERED.


Date:  September 6, 2022          /s/ Kimberly A. Jolson
                     KIMBERLY A. JOLSON
                     UNITED STATES MAGISTRATE JUDGE